IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WISCONSIN

**ADAMS ST. APARTMENTS, LLC**
**Plaintiff,**

v.                                                                  Civil Action No. 3:14-cv-00376

**PEKIN INSURANCE COMPANY,**
**Defendant.**

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

TO THE HONORABLE WILLIAM M. CONLEY.:

COME NOW Plaintiff, Adams St. Apartments, LLC and Defendant, Pekin Insurance Company, and pursuant to Federal Rule of Procedure 41(a), dismiss with prejudice any and all claims that were or could have been raised against each other in the above-styled lawsuit. As reflected by the signatures of counsel of record below, the parties respectfully request an Order be entered dismissing this lawsuit with prejudice and directing the Clerk of the Court to close this matter. All costs of Court, including attorneys' fees, shall be taxed against the party incurring the same.

        Respectfully submitted,

        */s/ Scott G. Hunziker*
        Scott G. Hunziker
        Federal I.D. No. 38752
        Texas Bar No. 24032446
        The Voss Law Firm, P.C.
        26619 Interstate 45
        The Woodlands, Texas 77380
        Telephone: (713) 861-0015
        Facsimile: (713) 861-0021
        scott@vosslawfirm.com
        Attorney-in-Charge

        **ATTORNEY FOR PLAINTIFF**

**BORGETL, POWELL, PETERSON & FRAUEN, S.C.**

*/s/ Patryk Silver*

_____
Patryk Silver
Wis. State Bar No. 1036738
131 West Wilson Street
Suite 600
Madison, WI 53703
Telephone: (608)258-1711
Facsimile: (608)258-9424
psilver@borgelt.com

**ATTORNEY FOR DEFENDANT**

## CERTIFICATE OF SERVICE

       I hereby certify that on March 12, 2015, a true and correct copy of the foregoing was served on all counsel of record, via the Court's electronic filing system or as indicated below, pursuant to Federal Rules of Civil Procedure 5(b), as follows:

                                         *s/ Scott G. Hunziker*
                                         Scott G. Hunziker


Patryk Silver
Wis. State Bar No. 1036738
131 West Wilson Street
Suite 600
Madison, WI 53703
Telephone: (608)258-1711
Facsimile: (608)258-9424
psilver@borgelt.com